# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2020-0268, <u>Hampstead School Board & a. v. School Administrative Unit No. 55</u>, the court on June 1, 2021, issued the following order:**

The motion filed by School Administrative Unit No. 55 for reconsideration is granted to the extent that the April 20, 2021 opinion is withdrawn. A separate order will be issued concerning further proceedings in this appeal.

Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**
